JAMES A. McDEVITT
United States Attorney
FRANK A. WILSON
Assistant United States Attorney
Post Office Box 1494
Spokane, Washington 99210-194
Telephone: (509) 353-2767
Fax: (509) 353-2766

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV-07-5044-CI |
| Plaintiff, | CONSENT JUDGMENT |
| vs. | |
| DAWN J. JENSEN *aka* DAWN M. LINCOLN *aka* DAWN W. LINCOLN, | |
| Defendant. | |

Pursuant to the Stipulation for Entry of Consent Judgment filed herein by the parties and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judgment in the amount of $6,877.84 is hereby entered against Defendant, DAWN J. JENSEN *aka* DAWN M. LINCOLN *aka* DAWN W. LINCOLN; including

a) interest accrued from May 3, 2007 to the date of entry of Judgment at the rate of 8.00 percent per annum;

b) a court filing fee in the amount of $350.00 pursuant to 28 U.S.C. § 2412(a)(2);

c) a docket fee in the amount of $20.00 pursuant to 28 U.S.C. § 1923; and

d) United States Marshal's Service fees for service of process pursuant to 28 U.S.C. § 1921.

IT IS FURTHER ORDERED that interest at the current legal rate will

CONSENT JUDGMENT - 1

1 accrue upon entry of Judgment and will be compounded annually until paid in full
2 pursuant to the provisions of 28 U.S.C. Section 1961(b).
3     The Clerk of the Court is directed to provide copies of this Consent
4 Judgment to the parties and close the file.
5     DATED November 7, 2007.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

28 CONSENT JUDGMENT - 2